```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Allison Elizabeth Cline

    v.

Civil No. 16-cv-531-PB

Nancy A. Berryhill, Acting
Commissioner, Social
Security Administration


## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 31, 2017, deny plaintiff's motion to reverse (doc. no. 8), and grant defendant's motion to affirm (doc. no. 12). The clerk is directed to enter judgment in accordance with this order and close the case.

    SO ORDERED.

                                      /s/ Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge

Date: August 25, 2017

cc:   Shiela Zakre, Esq.
      Terry Ollila, Esq.